IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00062-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARCO LOPEZ-HERNANDEZ,
      *a/k/a Antonio Lopez,*
      *a/k/a Victor Suarez-Hernandez,*

       Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Assistant Federal Public Defender Robert W. Pepin hereby moves to withdraw as counsel of record in the above-captioned case and requests termination of electronic service.

           Respectfully submitted,

           VIRGINIA L. GRADY
           Federal Public Defender


           s/ Robert W. Pepin
           ROBERT W. PEPIN
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Robert_Pepin@fd.org
           Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 28, 2019, I filed the foregoing ***Motion to Withdraw as Counsel of Record*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Daniel R. McIntyre, Assistant United States Attorney
E-mail:  daniel.mcintyre@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Marco Lopez-Hernandez  (via U.S. mail)
Register No.  14187-308
c/o FDC - Englewood

s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant