IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00062-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO LOPEZ-HERNANDEZ,
    *a/k/a Antonio Lopez,*
    *a/k/a Victor Suarez-Hernandez,*

    Defendant.

## SENTENCING STATEMENT IN SUPPORT OF 18 MONTHS

Marco Lopez-Hernandez, through counsel, Assistant Federal Defender Kelly Christl, requests this Court sentence him to no more than the low-end of the advisory guideline range, 18-months. In support:

Mr. Lopez-Hernandez's parents brought him to the United States as a teenager. He briefly attended high school in North Carolina. One sibling and his mother still in live in North Carolina. Mr. Lopez-Hernandez met a woman and they had a child, who is a United States citizen. These strong familial ties and the ability to earn a good living are what draw him back to the United States.

Mr. Lopez-Hernandez understands it is now time for him to start a new life in Mexico. With the skills he learned working in the oil and gas industry in Colorado, he will be able to earn a better living working at a refinery in his hometown of Tabasco. His

2

family in the United States has committed to facilitating visits with his daughter in Mexico so he can maintain that relationship.

                                              Respectfully submitted,

                                              VIRGINIA L. GRADY
                                              Federal Public Defender

                                              s/ Kelly Christl
                                              KELLY CHRISTL
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Kelly_Christl@fd.org
                                              Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Daniel R. McIntyre, Assistant United States Attorney
E-mail: daniel.mcintyre@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Marco Lopez-Hernandez  (via U.S. mail)
Register No.  14187-308
c/o FDC – Englewood

                                      s/ Kelly Christl
                                      KELLY CHRISTL
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Kelly_Christl@fd.org
                                      Attorney for Defendant